Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8331
(714) 597-6559 facsimile

*Attorney for Plaintiff,*
Mark Johnson

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MARK JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SPEARDIVER INTERNATIONAL INC; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 0:19-cv-62937<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

Plaintiff, Mark Johnson alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant conducts business and resides within the State of Florida, Defendant's acts of infringement complained of herein occurred in the State of Florida, and Defendant caused injury to Plaintiff within the State of Florida.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and

1                                                              COMPLAINT

established place of business in this judicial district.

## PARTIES

5. Plaintiff Mark Johnson ("Mark Johnson" or "Plaintiff") resides in Australia, and is a professional photographer by trade.

6. Defendant Speardiver International Inc ("Defendant Speardiver International") is a Florida corporation with a principal place of business at 1044 NE 15th Ave, Fort Lauderdale, FL 33304.

7. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

8. Mark Johnson is a professional photographer by trade based in Australia. He specializes in outdoor on-location photography: primarily waves and coastal scenes, travel, sports, and nature photography. *See* https://www.markjohnson.com/about/index.

9. Mark Johnson is the rights holder to an original photograph (the "Image") of fish swimming underwater.

10. A true and correct copy of the Image is attached hereto as Exhibit A.

11. The Image is registered with the United States Copyright Office under registration number VAu 1-082-056 with an effective registration date of October 24, 2011.

12. Defendant Speardiver International is a retail outlet that specializes in

speardiving equipment wetsuits and more.

13. Defendant Speardiver International is the owner and operator of the website https://spearfishing.store/ ("Defendant's Spearfishing Website"), which it uses to advertise its business.

14. On information and belief, Defendant Speardiver International owns a second domain, https://www.freedivestore.com/ ("Defendant's Website").

15. Defendant's Website is not currently accessible and forwards visitors directly to Defendant's Spearfishing Website.

16. The address shown on a Google search shows the address on Defendant's Website matches that on Defendant's Spearfishing Website witch matches the address on the Florida Division of Corporations' website. See true and correct copies of the Google search results, *Store Location* page of Defendant's Spearfishing Website, and Florida Division of Corporations records all showing the same address attached hereto as Exhibit B.

17. On or about July 17, 2018, Mark Johnson discovered the Image being used on a page of Defendant's Website advertising GoPro camera color filters.

18. Attached hereto as Exhibit C is a true and correct screenshot of the page on Defendant's Website featuring the Image.

19. Mark Johnson has no record of issuing a license or otherwise granting Defendant Speardiver International permission to use the Image.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq.***

20. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

21. Plaintiff did not consent to, authorize, permit, or allow in any manner the distribution or public display of the Image by Defendant on Defendant's Website.

22. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Image in violation of Title 17 of the

U.S. Code, in that it published, communicated, benefited through, posted, distributed, publicized, and otherwise held out to the public for commercial benefit, the original and unique work of the Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

23. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 per infringement pursuant to 17 U.S.C. § 504(c).

24. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

25. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of its copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

• For a finding that Defendant infringed Plaintiff's copyright interest in the Image by copying and displaying without a license or consent;

• For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;

• For an order pursuant to 17 U.S.C. § 502(a) enjoining Defendant from any infringing use of any of Plaintiff's works;

• For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

• For pre judgment interest as permitted by law; and

• For any other relief the Court deems just and proper.

COMPLAINT

Dated: November 27, 2019                    Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Mark Johnson, hereby demands a trial by jury in the above matter.

Dated:  November 27, 2019                    Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Attorney for Plaintiff*